UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

1616 MAIN STREET LLC,

    Defendant.

Case No. 21-cv-03834-PJH

**ORDER REINSTATING CASE**

Re: Dkt. No. 13

Plaintiff informs the court that a settlement has not been finalized in this case. As such, the court's order dated September 24, 2021 shall stand vacated and this case shall be restored to the active docket. A case management conference shall be held on December 16, 2021, at 2:00 p.m.; a joint case management statement must be filed 7 days before the conference. The conference will be vacated only if a stipulation for dismissal is filed on or before December 15, 2021.

**IT IS SO ORDERED.**

Dated: November 23, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge